In the Matter of the Arbitration between GOLDENS BRIDGE COLONY, INC., and GOLDENS BRIDGE COOPERATIVE FARMS, INC., Appellants, and CHARLES COOPER and ETHEL COOPER, Respondents.—

Appeal from order dated December 26, 1941, dismissed, without costs. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.